UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00487-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ESCALERA-AGUILAR, a/k/a Pablo Perez-Anguiano, a/k/a
Pedro Aguilera-Aguilera,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 21, 2008,** and responses to these motions shall be filed by **Monday, January 28 , 2008.** It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if any, and final trial preparation conference at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, February 19, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: January 4, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge